TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00589-CV

Scott Williams and Reliant Data Systems, Inc., Appellants

v.

Evolutionary Technologies International, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 96-12116, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 Appellants, Scott Williams and Reliant Data Systems, Inc., have filed a motion to dismiss
this appeal. The motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Dismissed on Appellants' Motion

Filed: December 19, 1996

Do Not Publish